In the Matter of OSCAR CINTRON, Appellant, v JUDITH A. CALO-
GERO, as Commissioner of the Division of Housing and Com-
munity Renewal of the State of New York, Respondent.

Submitted August 2, 2010; decided August 26, 2010

Motion by Met Council, Inc. for leave to appear amicus curiae
on the appeal herein granted only to the extent that the
proposed brief is accepted as filed. Two copies of the brief must
be served and 24 copies filed within seven days.